# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VONDELL BROWN

VERSUS

EARL JACKSON, JR., ACE
AMERICAN INSURANCE COMPANY
AND COCA COLA BOTTLING
COMPANY UNITED, INC.

NO.   2023 CW 0902

**NOVEMBER 6, 2023**

---

In Re:   Coca-Cola Bottling Company United-Gulf Coast, LLC, ACE
American Insurance Company, and Earl Jackson, applying
for supervisory writs, 17th Judicial District Court,
Parish of Lafourche, No. 142312.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.*
_____
DEPUTY CLERK OF COURT
FOR THE COURT